UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


EnergyNorth Natural Gas, Inc.

       v.                                  Civil No. 00-cv-430-PB
                                                     01-cv-372-PB

Certain Underwriters at Lloyd's, London, et al


O R D E R


     The cases shall be administratively closed and stayed until after the New Hampshire Supreme Court rules on the questions certified in Case No. 00-cv-430-PB.

     SO ORDERED.



September 29, 2006                              /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge


cc:     Counsel of Record